MANUFACTURERS CASUALTY INSURANCE COMPANY, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. ALFRED L. MALANGA, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Messrs. McKeown, Harth & Enright* for the petitioner, cross-respondent.

*Mr. William Krueger* for the respondent, cross-petitioner.

September 19, 1960.   Denied.

EDNA L. FITTING, PETITIONER-PETITIONER, v. U. S. TRUCKING CORPORATION, RESPONDENT-RESPONDENT.

*Mr. Ernest N. Giannone* for the petitioner.

*Mr. Harry Steiner* for the respondent.

September 19, 1960.   Denied.